IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

FILED
DEC 13 2010

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | SEALED |
| v. | * | Case No. EP:10-M-0293-ML |
| ARTURO GALLEGOS CASTRELLON, | * | |
| a/k/a "Benny," | * | |
| a/k/a "Farmero," | * | |
| a/k/a "51," | * | |
| a/k/a "Guero," | * | |
| a/k/a "Pecas," | * | |
| a/k/a "Tury" | * | |

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

Lorenzo Perez, a Special Agent with the Federal Bureau of Investigation ("FBI"), being duly sworn, deposes and states:

### Introduction

1. I have been a Special Agent with the FBI since March 3, 2003. I am currently assigned to the El Paso Division, Cross Border Violence Squad of the FBI. Since becoming a Special Agent, I have participated in numerous criminal investigations, including many involving organized criminal enterprises, violent gangs, alien smuggling, public corruption and drug trafficking. I have conducted or participated in physical and electronic surveillance as well as the debriefings of defendants, witnesses and informants, the review of taped conversations and records maintained by organized criminal enterprises. Through my training, education and experience, I have become familiar with the manner in which organized criminal enterprises such as those involved in drug trafficking and the smuggling of illegal aliens from

Mexico into and throughout the United States conduct their business.

2. I submit this affidavit in support of a criminal complaint charging **ARTURO GALLEGOS CASTRELLON**, a/k/a "Benny," a/k/a "Farmero," a/k/a "51," a/k/a "Guero," a/k/a "Pecas," a/k/a "Tury," with racketeering conspiracy, in violation of Title 18, United States Code, Section 1962(d), violent crimes in aid of racketeering, in violation of Title 18, United States Code, Section 1959, conspiracy to murder an employee of the United States, in violation of Title 18, United States Code, Section 1117, murder of an employee of the United States, in violation of Title 18, United States Code, Section 1114, murder of a family member of an employee of the United States, in violation of Title 18, United States Code, Section 115, and conspiracy to commit murder in a foreign country, in violation of Title 18, United States Code, Section 956(a).

3. The instant investigation is being conducted by the FBI, the Drug Enforcement Administration ("DEA"), the Bureau of Alcohol, Tobacco, Firearms and Explosives ("ATF") Immigration and Customs Enforcement ("ICE") and local law enforcement agencies. I have personally participated in this investigation and make this affidavit based on my personal participation in this investigation and based on reports made to me by other law enforcement agents, as well as confidential informants discussed in more detail below. Except where otherwise noted, the information set forth in this affidavit has been provided to me by other law enforcement agents who have assisted in the investigation. Unless otherwise noted, wherever in this affidavit I assert that a statement was made, the statement was made by another law enforcement officer (any of whom may have had either direct or hearsay knowledge of that statement) to whom other law enforcement officers or I have spoken or whose reports I have read and reviewed. Such statements are reported in substance and in part, unless otherwise indicated.

Likewise, information resulting from surveillance sets forth either my personal observations or information provided directly or indirectly through other law enforcement officers who conducted such surveillance.

4. Since this affidavit is being submitted for the limited purpose of securing an arrest warrant and complaint, I have not included details of every aspect of this investigation to date. Facts not set forth herein are not being relied on in establishing probable cause. Nor do I request that this Court rely on any facts not set forth herein in reviewing this application for a criminal complaint.

## The Barrio Aztecas Criminal Enterprise

5. Based upon my knowledge of the facts and circumstances of the present investigation, it is alleged that there is probable cause to believe that **ARTURO GALLEGOS CASTRELLON**, a/k/a "Benny," a/k/a "Farmero," a/k/a "51," a/k/a "Guero," a/k/a "Pecas," a/k/a "Tury," has committed crimes of violence in aid of racketeering, in violation of 18 United States Code ("U.S.C.") § 1959, that he has conspired to commit racketeering offenses, in violation of 18 U.S.C. § 1962(d), Conspiracy to Murder an Employee of the United States, in violation of 18 U.S.C. § 1117; Murder of an Employee of the United States, in violation of 18 U.S.C. § 1114; Murder of a Family Member of an Employee of the United States, in violation of 18 U.S.C. § 115, and that he conspired to kill in a foreign country, in violation of 18 U.S.C. § 956(a).

6. Since in or about 1998, the FBI has been conducting an investigation of a violent criminal organization known as the "Barrio Aztecas." That investigation, which has involved, among other things, the use of multiple cooperating witnesses and defendants, the interception of wire communications, and seizures of narcotics and firearms, has established that

3

the "Barrio Aztecas," also known as the "Barrio Azteca," "BA," or the "Familia Azteca" [hereinafter "BA"], is a criminal enterprise engaged in violent crimes and narcotics-trafficking in the Western District of Texas, Ciudad Juarez, Chihuahua, Mexico, and elsewhere. Armed with the FBI's information, the United States Attorney's Office for the Western District of Texas obtained an indictment and successfully prosecuted a number of BA members for racketeering and other federal offenses.

7. The BA, including its leadership, membership and associates, constitute an "enterprise" as defined in Sections 1959(b)(2) and 1961(4) of Title 18, United States Code, that is, a group of individuals associated in fact that engages in, and the activities of which affect, interstate and foreign commerce. The enterprise constitutes an ongoing organization whose members function as a continuing unit for the common purpose of achieving the objectives of the enterprise.

8. The BA was formed in 1986 by inmates located primarily in the Texas Department of Criminal Justice (TDCJ) prison system. The purpose of the BA was to unite inmates that were native to the El Paso, Texas, and West Texas area. The original members of the BA created a charter or rules, also known as "sacred rules," which set out a command structure, or hierarchy of ranks and authority. These rules provide for a mechanism for promotion, demotion and replacement of ranking members within the BA. The BA leadership ranks are the following: the Capo Mayor, Captains, Lieutenants, Sergeants, and Soldiers, also known as "indios." It is the responsibility of the soldier to carry out the orders of the ranking membership. BA members refer to one another as "carnal." A person wishing to join the BA is called a "prospecto," or "esquina."

**Purposes of the Enterprise**

9. The purposes of the enterprise include the following:

   a. Enriching the members and associates of the enterprise through, among other things, murder, assault, extortion, money laundering, and distribution of narcotics.

   b. Preserving and protecting the power, territory, and profits of the enterprise through the use of intimidation, violence, threats of violence, assaults, and murder.

   c. Promoting and enhancing the enterprise and its members' and associates' activities.

   d. Keeping victims and others in fear of the enterprise and in fear of its members and associates through threats of violence and violence.

10. The BA has expanded its sphere of influence to include the TDCJ, the Federal Bureau of Prisons (BOP), and various cities in West Texas and Ciudad Juarez, Chihuahua, Mexico. The BA has also entered into an alliance with the Vicente Carrillo-Fuentes drug trafficking organization (VCFDTO) in Ciudad Juarez, Mexico. As part of this alliance, BA members import, export and transport controlled substances, as well as conduct enforcement operations for the VCFDTO. The VCFDTO, in exchange, pays the BA for these services, or provides the BA with controlled substances. The BA has further subdivided its enterprise and developed geographical groups to better serve the criminal aims of the organization. These include groups in Ciudad Juarez, Mexico and El Paso, Midland, and Odessa, Texas. Each of these geographical groups has some autonomy in deciding how it will achieve its criminal aims, but always within the framework and rules of the overarching BA criminal enterprise. The city of El Paso, Texas, is further subdivided into different subsections similar to the political subdivisions in the city, such as Central, Westside, Northeast, Eastside, Lower Valley, Horizon City, and Socorro.

11. In furtherance of the enterprise, BA members collect a street tax, also known as "cuota," "quota," "renta," or "taxes." The proceeds from the "cuota" are used to support members of the BA who are arrested, to pay for lawyers, bail bonds, fines, and any other fee associated with legal proceedings. The proceeds from the "cuota" are also used to purchase money orders, which are mailed through the United States Postal Service (USPS) to inmate accounts. The proceeds are also reinvested back into the BA enterprise activities for the purchase of assets, commodities, and other property that are related to the day to day functions of the BA, including firearms, ammunition, and controlled substances.

### Manner and Means of the Conspiracy

### Rules

12. BA members have developed a vocabulary, sacred rules, and chain of command. These rules direct BA members to be loyal, obey, protect, and serve the "family" as dictated by ranking members. New members are introduced to these rules by their "Padrinos," or individuals who serve as mentors for the new prospects entering the criminal enterprise. BA members are bound by a strict set of rules that ensure loyalty and participation in the enterprise's criminal activities. The rules require that a member must continue his participation in the organization after being released from prison. Membership is for life, and loyalty to the BA and its members takes precedence over any other relationship. A violation of the BA rules or orders may result in harsh penalties, including death. An order to carry out a punishment involving assault or murder is commonly referred to as a "green light" or "X." A "calentada" is a less severe form of punishment involving some lesser form of assault. The strict rules and harsh discipline governing the BA help insure that members and associates will function as a continuing unit, despite any changes in leadership or membership.

13. It is a common practice for some, but not necessarily all, BA members to have BA tattoos. These tattoos commonly include the letters "B A" or "21" or the corresponding roman numeral "XXI," as a numerical representation of the letters "B" and "A." Other tattoos include the numbers "915," a reference to the El Paso, Texas, area code, and "El Paso Texas." Many BA members also obtain tattoos representing aspects of the ancient Aztec culture, such as Aztec warriors, calendars, and temples, among others.

14. All BA members are expected to know the rules of the BA and strictly abide by them. It is understood that BA members may be chosen to undertake a particular task, including murder and other criminal activity. The target of a particular order may be a fellow BA, blood relative, friend, or other associate of the person who is given the order. Regardless of the intended victim, or possible consequences, an order must be carried out by the BA members chosen for the task. If the BA member does not carry out the task, typically referred to as a "Jale" or job, he will be subject to disciplinary actions by the BA enterprise.

### Communications

15. BA members who are incarcerated throughout the United States and Mexico continue to participate in the operations of the BA criminal enterprise from their prison cells by communicating through letters and telephone calls and by prison visits with other BA members and associates, friends, and family members. The BA leadership controls all BA members who are incarcerated in the United States and Mexico, as well as those BA members operating outside the prison system, which BA members and associates sometimes refer to as the "free world."

16. The BA enterprise utilizes the United States Postal Service ("USPS") to send and receive letters between BA members who are in prison and those who are in the "free world." The BA membership mails its directives using U.S. and Mexican postal services. The letters

written by BA members are sometimes called "kites" or "whilas." BA members will often utilize an individual as a conduit to receive or send letters from another BA member or associate. These conduits are called "bridges." The conduits will sometimes use fictitious names and addresses to send and receive letters and money orders to BA members who are incarcerated. The use of these conduits is intended to prevent law enforcement from finding out the identities or source of the true correspondents and the final destination of the letters.

17. BA members also use telephone communications to discuss BA enterprise affairs. BA members who are incarcerated coordinate telephone calls with BA members and associates to give out orders. The BA enterprise uses intrastate, interstate and foreign telephone communication facilities to further the affairs of the BA enterprise.

18. Coded language is frequently utilized in written and oral BA communications, in order to mislead law enforcement as to the true message contained in the communication. The BA will also change the code or create transaction-specific codes to thwart law enforcement. Examples of BA coded language include "X'ed out" (former BA member), "green light" (authorization to assault or murder), and "tienda" (quota paying associate). A BA member who has fallen out of favor might be referred to in feminine terms or as an "X." The BA will also use pseudonyms or fictitious names and addresses in letters and during oral communications.

19. The BA holds meetings on a regular basis to discuss BA criminal enterprise business. These meetings typically call for the membership of a particular area or subdivision to attend. Some meetings will only be attended by key members. The frequency of these meetings is determined on an "as needed" basis. A meeting may be held to read and explain a letter from a captain giving the BA in the "free world" certain orders or directives.

### Murders of Individuals with Ties to U.S. Consulate

20. On March 13, 2010, one employee of the U.S. Consulate in Ciudad Juarez, Chihuahua, Mexico, her husband and the husband of a third Consulate employee were shot and killed in separate incidents (collectively referred to as the "March 13 murders"). At approximately 2:00 pm local time, Jorge Alberto Salcido Ceniceros, a Mexican national whose wife is an employee of the U.S. Consulate in Juarez, was shot and killed in his vehicle, a white Honda Pilot. His three children were also in the vehicle and sustained minor injuries. His wife, Hilda Antillon, a Mexican national employee of the Consulate General's Consular Fraud Prevention Unit, was in a separate vehicle and was unharmed in the attack. At approximately 2:30 pm local time, U.S. citizens Lesley Enriquez, a current employee of the U.S. Consulate in Juarez, assigned to the American Citizen Services section and her husband, Arthur Haycock Redelfs, were shot and killed in their vehicle, a white Toyota SUV. Enriquez was four months pregnant, and their nine-month-old daughter was also in the vehicle but was unharmed. Enriquez was an employee of the U.S. Consulate in Juarez, assigned to the American Citizen Services section; Redelfs was an El Paso County Sheriff's Detention Officer.

21. A task force comprised of, among other agencies, the FBI, DEA, ATF, ICE and local law enforcement in the El Paso area have been investigating the March 13 murders. During the course of that investigation, multiple confidential sources of information have reported that the murders were the result of hits ordered by the BA.

### GALLEGOS CASTRELLON's Role in the Enterprise

22. Based on debriefings of cooperating witnesses and intercepted communications, I have learned that GALLEGOS CASTRELLON is one of the leaders of the BA and that GALLEGOS CASTRELLON directs BA activities, including narcotics trafficking and acts of violence by BA members, both in Mexico and the United States. Among other things,

9

GALLEGOS CASTRELLON helps direct the activities of BA hit teams, i.e., groups of BA members who carry out orders to kill rivals and others.

23. Based on debriefings of a Cooperating Defendant (CD-1), GALLEGOS CASTRELLON is a BA leader of the hit squads operating out of Ciudad Juarez, Mexico. CD-1 estimates that GALLEGOS CASTRELLON is responsible for in excess of 1000 murders motivated by the desire of BA and their VCFDTO associates to maintain or increase their drug trafficking territory along the United States border near Ciudad Juarez. CD-1 stated that GALLEGOS CASTRELLON is also responsible for putting the "hit" on the Honda Pilot and for directing the murders of the U.S. Consulate personnel. When the Honda Pilot and Toyota SUV were found, according to CD-1, GALLEGOS CASTRELLON was responsible for directing the hit squads to kill the occupants of the Toyota SUV and Honda Pilot so there would not be a "mistake."

24. CD-1 stated that most BA members are engaged in drug trafficking, including large quantities of marijuana and cocaine. Some of these drugs are distributed locally in Ciudad Juarez as well as smuggled into the United States for distribution. CD-1 also stated that some of the drug proceeds are sent from Ciudad Juarez to the commissary accounts of BA members that are incarcerated in the United States. CD-1 explained that BA receives firearms, ammunition, and stolen motor vehicles from the United States. The motor vehicles are generally obtained from owners who are seeking to collect from their insurance companies. CD-1 stated that GALLEGOS CASTRELLON was responsible for acquiring the weapons and ammunition from the United States.

25. CD-1 admitted to being a BA member involved in the hit squads over the past several years. CD-1 also admitted to being involved in the Consulate murders that occurred on

March 13, 2010, in Ciudad Juarez. CD-1 stated that the BA made a call to El Paso, Texas confirming the "hit." CD-1 was charged in a multiple-count indictment, pleaded guilty, and is currently serving multiple life sentences.

### Arrest of GALLEGOS CASTRELLON

26. On or about November 26, 2010, a BA member was arrested by Mexican law enforcement officers. The subject subsequently provided law enforcement officers with the location of GALLEGOS CASTRELLON's residence. Mexican law enforcement officers were able to secure the perimeter of the neighborhood. After locating the residence, Mexican law enforcement officers entered and searched the residence, at which time GALLEGOS CASTRELLON jumped from the second floor balcony to a large pine tree that was located next to the residence. After GALLEGOS CASTRELLON recognized that he was discovered in the tree, he fired upon Mexican law enforcement officers and jumped to an adjoining property, where he covered himself with bushes. GALLEGOS CASTRELLON was located and subsequently placed under arrest.

27. On or about November 29, 2010, other FBI agents and I interviewed GALLEGOS CASTRELLON in Mexico City, Mexico. GALLEGOS CASTRELLON was advised of his Miranda rights and agreed to waive those rights and speak to U.S. law enforcement officers. GALLEGOS CASTRELLON executed a written Miranda waiver form.

28. During the interview, GALLEGOS CASTRELLON admitted that he was a member of the BA and that he participated in the March 13 murders. GALLEGOS CASTRELLON stated that approximately week before the March 13 murders, BA members had circulated a vehicle description of a white Honda Pilot, because that vehicle was believed to be used by members of the rival Sinaloa drug cartel. GALLEGOS CASTRELLON admitted that he

authorized a "hit" on the white Honda Pilot, which required BA members to kill the occupants of that vehicle upon its discovery.

29.   GALLEGOS CASTRELLON stated that on March 13, 2010, BA members encountered both a white Honda Pilot [a reference to the vehicle driven by Ceniceros] and a white Toyota SUV [a reference to the vehicle occupied by Enriquez and Redelfs]. According to GALLEGOS CASTRELLON, there was confusion among the BA members as to whether the Honda Pilot or the Toyota SUV was the same vehicle that was the target of the hit. GALLEGOS CASTRELLON stated that a BA leader named "Popeye" and his hit team attacked Ceniceros's Honda Pilot while a BA leader named "Zorro" and his hit team attacked Enriquez and Redelfs' Toyota. Although GALLEGOS CASTRELLON appeared to have minimized his level of involvement in the murders in this interview, claiming he merely passed on orders to hit targets from "Diego" to those who acted upon the orders, he nonetheless acknowledged his membership within BA, his position of authority, particularly as to the activation of "hits" upon suspected enemies, and his knowledge that BA members carried out the ordered hit, albeit mistakenly on , after GALLEGOS-CASTRELLON authorized the "hit" on the white Honda Pilot.

30.   In addition, GALLEGOS CASTRELLON indicated that he first became a regular associate of BA in 2006, and that his early assignment was to sell small quantities of drugs. By 2008-09, his assignment had expanded to include trafficking hundreds of kilograms of marijuana per month into the United States. GALLEGOS CASTRELLON indicated that he was in charge of sending roughly 270 pounds of marijuana per week into the United States.

## Conclusion

31.   Based on the foregoing, I respectfully submit that there is probable cause to believe that, in the Western District of Texas and elsewhere, **ARTURO GALLEGOS**

CASTRELLON, a/k/a "Benny," a/k/a "Farmero," a/k/a "51," a/k/a "Guero," a/k/a "Pecas," a/k/a "Tury," the defendant, did knowingly commit crimes of violence in aid of racketeering, in violation of 18 United States Code ("U.S.C.") § 1959, that he conspired to commit racketeering offenses, in violation of 18 U.S.C. § 1962(d), that he engaged in Conspiracy to Murder an Employee of the United States, in violation of 18 U.S.C. § 1117; Murder of an Employee of the United States, in violation of 18 U.S.C. § 1114; Murder of a Family Member of an Employee of the United States, in violation of 18 U.S.C. § 115, and that he conspired to kill in a foreign country, in violation of 18 U.S.C. § 956(a).

_____
Lorenzo Perez
Special Agent
Federal Bureau of Investigation

Sworn to before me this
__13 day of December, 2010.

_____
UNITED STATES MAGISTRATE JUDGE
WESTERN DISTRICT OF TEXAS