IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | EP-10-CR-2213-KC-5 |
| | § | |
| ARTURO GALLEGOS CASTRELLON, | § | |
| | § | |
| Defendant. | § | |

*Filed 2-14-14*
*Clerk, U.S. District Court*
*Western District of Texas*
*By _____ Deputy*

## VERDICT FORM

We the jury unanimously find:

### COUNT ONE
Conspiracy to Conduct the Affairs of an Enterprise Through a Pattern of Racketeering Activity

As to the charge of conspiracy to conduct the affairs of an enterprise through a pattern of racketeering activity, we the Jury unanimously find ARTURO GALLEGOS CASTRELLON:

        ✓ Guilty          _____ Not Guilty

Answer the following questions only if you answered "Guilty" above. If you answered "Not Guilty," proceed to Count Two.

1. Do you find beyond a reasonable doubt that ARTURO GALLEGOS CASTRELLON conspired to commit murder in a foreign country in furtherance of the conspiracy in Count One?

        ✓ Yes          _____ No

2. Do you find beyond a reasonable doubt that ARTURO GALLEGOS CASTRELLON conspired to distribute, possess with the intent to distribute, or import into the United States five kilograms or more of cocaine in furtherance of the conspiracy in Count One?

 ✓ Yes             _____ No

3. Do you find beyond a reasonable doubt that ARTURO GALLEGOS CASTRELLON conspired to distribute, possess with the intent to distribute, or import into the United States one kilogram or more of heroin in furtherance of the conspiracy in Count One?

 ✓ Yes             _____ No

4. Do you find beyond a reasonable doubt that ARTURO GALLEGOS CASTRELLON conspired to distribute, possess with the intent to distribute, or import into the United States one thousand kilograms or more of marijuana in furtherance of the conspiracy in Count One?

 ✓ Yes             _____ No

## COUNT TWO
### Conspiracy to Distribute and Possess With Intent to Distribute Heroin, Cocaine, and Marijuana

As to the charge of conspiracy to possess with intent to distribute heroin, cocaine, and marijuana, we the Jury unanimously find ARTURO GALLEGOS CASTRELLON:



　　✓　 Guilty 　　　　　　　　_____ Not Guilty

Answer the following questions only if you answered "Guilty" above. If you answered "Not Guilty," proceed to Count Three.

1. We unanimously agree, by proof beyond a reasonable doubt, that the conspiracy to possess a controlled substance with intent to distribute involved at least one kilogram or more of a mixture or substance containing a detectable amount of heroin.

　　✓　 Yes 　　　　　　　　_____ No

2. If you answered "No" to the previous question, what quantity of a mixture or substance containing a detectable amount of heroin do you unanimously find, by proof beyond a reasonable doubt, was involved in the conspiracy to possess a controlled substance with the intent to distribute?

_____

95

3. We unanimously agree, by proof beyond a reasonable doubt, that the conspiracy to possess a controlled substance with intent to distribute involved at least five kilograms or more of a mixture or substance containing a detectable amount of cocaine.

   ____✓____ Yes          _____ No

4. If you answered "No" to the previous question, what quantity of a mixture or substance containing a detectable amount of cocaine do you unanimously find, by proof beyond a reasonable doubt, was involved in the conspiracy to possess a controlled substance with the intent to distribute?

   _____

5. We unanimously agree, by proof beyond a reasonable doubt, that the conspiracy to possess a controlled substance with intent to distribute involved at least one thousand kilograms or more of a mixture or substance containing a detectable amount of marijuana.

   ____✓____ Yes          _____ No

6. If you answered "No" to the previous question, what quantity of a mixture or substance containing a detectable amount of marijuana do you unanimously find, by proof beyond a reasonable doubt, was involved in the conspiracy to possess a controlled substance with the intent to distribute?

   _____

## COUNT THREE
### Conspiracy to Import Heroin with Intent to Distribute

As to the charge of conspiracy to import heroin with intent to distribute, we the Jury unanimously find ARTURO GALLEGOS CASTRELLON:

_____✓_____ Guilty          _____ Not Guilty

Answer the following questions only if you answered "Guilty" above. If you answered "Not Guilty," proceed to Count Four.

1. We unanimously agree, by proof beyond a reasonable doubt, that the conspiracy to import a controlled substance with intent to distribute involved at least one kilogram or more of a mixture or substance containing a detectable amount of heroin.

    _____✓_____ Yes          _____ No

2. If you answered "No" to the previous question, what quantity of a mixture or substance containing a detectable amount of heroin do you unanimously find, by proof beyond a reasonable doubt, was involved in the conspiracy to import heroin with intent to distribute?

    _____

97

## COUNT FOUR
### Conspiracy to Launder Monetary Instruments

As to the charge of conspiracy to launder monetary instruments, we the Jury unanimously find ARTURO GALLEGOS CASTRELLON:

\_\_\_✓\_\_\_ Guilty          _____ Not Guilty

## COUNT FIVE
### Conspiracy to Kill Persons in a Foreign Country

As to the charge of conspiracy to kill persons in a foreign country, we the Jury unanimously find ARTURO GALLEGOS CASTRELLON:

\_\_\_✓\_\_\_ Guilty          _____ Not Guilty

## COUNT SIX
### Murder Resulting from the Use and Carrying of Firearms During and In Relation To Crimes of Violence and Drug Trafficking

As to the charge of murder of Leslie Ann Enriquez Catton resulting from the use and carrying of firearms during and in relation to crimes of violence and drug trafficking, we the Jury unanimously find ARTURO GALLEGOS CASTRELLON:

\_\_\_✓\_\_\_ Guilty          _____ Not Guilty

98

## COUNT SEVEN
### Murder Resulting from the Use and Carrying of Firearms During and In Relation To Crimes of Violence and Drug Trafficking

As to the charge of murder of Arthur Redelfs resulting from the use and carrying of firearms during and in relation to crimes of violence and drug trafficking, we the Jury unanimously find ARTURO GALLEGOS CASTRELLON:

_____✓_____ Guilty          _____ Not Guilty

## COUNT EIGHT
### Murder Resulting from the Use and Carrying of Firearms During and In Relation To Crimes of Violence and Drug Trafficking

As to the charge of murder of Jorge Alberto Salcido Ceniceros resulting from the use and carrying of firearms during and in relation to crimes of violence and drug trafficking, we the Jury unanimously find ARTURO GALLEGOS CASTRELLON:

_____✓_____ Guilty          _____ Not Guilty

## COUNT NINE
### Murder In Aid of Racketeering Activity

As to the charge of murder of Leslie Ann Enriquez Catton in aid of racketeering activity, we the Jury unanimously find ARTURO GALLEGOS CASTRELLON:

_____✓_____ Guilty          _____ Not Guilty

## COUNT TEN
### Murder In Aid of Racketeering Activity

As to the charge of murder of Arthur Redelfs in aid of racketeering activity, we the Jury unanimously find ARTURO GALLEGOS CASTRELLON:

____✓____ Guilty          _____ Not Guilty

## COUNT ELEVEN
### Murder In Aid of Racketeering Activity

As to the charge of murder of Jorge Alberto Salcido Ceniceros in aid of racketeering activity, we the Jury unanimously find ARTURO GALLEGOS CASTRELLON:

____✓____ Guilty          _____ Not Guilty

Dated this 14th day of February, 2014, at El Paso, Texas.

_____
Foreperson